IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOSHUA J. GROVER and GARY P. GROVER,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES OF AMERICA and UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendants. | CV 24-39-H-JTJ<br><br>ORDER |

The parties having filed a joint motion to stay this case pending settlement discussions, and good cause appearing,

IT IS ORDERED that the motion (Doc. 18) is GRANTED. The current scheduling order (Doc. 14) is VACATED and the case is STAYED until October 31, 2025. The parties shall either file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by this date or file a report apprising the Court of the status of the case within one week thereafter.

DATED this 31st day of July 2025.

_____
John Johnston
United States Magistrate Judge